UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

JIA WEN ASHLEY WEI, ANDREW FUNG,     15 CV 8245 (VB)
JEFFERSON LAI, HAN YE, NORNA TSENG,
YU DENG, YING CHEN, MAX ZHONG,
AUSTIN ZHONG, ERIC CHENG,

      Plaintiffs,
vs.                                         **NOTICE OF RULE 41**
                                              **DISMISSAL**

GARY SPEARS, sued in his official capacity,

      Defendant.
------------------------------------------------------x

Pursuant to FRCivP 41,(A)(1)(a)(i), by and through their attorney, Michael H. Sussman, Esq., and before the filing by defendant of his Answer, plaintiffs, all of whom are of legal age and competent, hereby voluntarily dismiss this matter without prejudice and without costs/fees to any party.

                                                                 Respectfully submitted,

                                                                 MICHAEL H. SUSSMAN

SUSSMAN & WATKINS
PO BOX 1005
1 RAILROAD AVENUE
GOSHEN, NEW YORK 10924
(845)-294-3991

Counsel for Plaintiffs

1

Date: 12/18/2015

From: Jia Wen Ashley Wei, Andrew Fung, Jefferson Lai, Han Ye, Norna Tseng, Yu Deng, Ying Chen, Max Zhong, Austin Zhong, Eric Cheng

To: Michael H. Sussman, Esq. PO Box 1005, Goshen, NY 10924

Re: Withdrawal of the lawsuit against Gary Spears

We, the undersigned, would like to withdraw the case filed in late October against Gary Spears, the Supervisor of the Town of Deerpark, based on the nature of discrimination and group defamation.

Even though we filed the lawsuit as individuals, we all share similar backgrounds and values, that we are all Chinese Americans, being proud of our culture and spiritual belief. We are all Falun Dafa practitioners, and we follow the principles of truthfulness, compassion and tolerance. As students and staff in this community, we wish to bring the best of Chinese culture and arts to the community and people in modern society today.

The hostility of the town supervisor towards the Chinese community has been existing for years, and it escalated to new heights before the election. When we filed the lawsuit against the town supervisor, we collectively hoped to use law to pressure and help him to make corrections of his wrongful behavior. However, based on recent election and discrimination against us, we feel that by winning the lawsuit, we may temporarily subdue this hostility; however, it won't disappear. Fundamentally rectifying the situation requires a fundamental change of the heart. Therefore, we feel that continuing with the lawsuit may not help with alleviating the animosity. It may take longer, but the effect will be more profound and longer-lasting if one's heart changes.

We have made many positive contributions to the community. Although some claimed that we "disturbed" the quietness, many others are happy to see the cultural richness and economic development we've brought into this area. We will focus on what we are doing, and keep bringing the best part of our culture and spiritual belief to the community. For those who are not ready to accept us now, we believe that, after getting to know us more, they will eventually change, and the changes will be from their hearts, and will be everlasting.

We apologize for any inconvenience this may have caused you and your firm, and we deeply appreciate your consideration, support, advice and professionalism in handling this case.

Sincerely yours,

_____
Jia Wen Ashley Wei

_____
Andrew Fung

_____
Jefferson Lai

_____
Han Ye

_____
Norna Tseng

_____
Yu Deng

_____
Ying Chen

_____
Max Zhong

_____
Austin Zhong

_____
Eric Cheng