UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JIA WEN ASHLEY WEI, ANDREW FUNG,   15 CV 8245 (VB)
JEFFERSON LAI, HAN YE, NORNA TSENG,
YU DENG, YING CHEN, MAX ZHONG,
AUSTIN ZHONG, ERIC CHENG,

        Plaintiffs,

vs.   **STIPULATION OF**
    **VOLUNTARY DISMISSAL**

GARY SPEARS, sued in his official capacity,

        Defendant.
----------------------------------------------------------x

    Pursuant to F.R.Civ.P. 41,(A)(1)(a)(ii), the parties, by and through their attorneys, and each being of legal age and competent to do so, hereby agree to the voluntary dismissal of this matter without prejudice and without costs/fees to any party.

Respectfully submitted,

_____   _____
MICHAEL H. SUSSMAN [3497]   STEPHEN J. GABA [7160]
SUSSMAN & WATKINS           DRAKE, LOEB, et al.
PO BOX 1005 -1 RAILROAD AVENUE   555 Hudson Valley Ave., Ste. 100
GOSHEN, NEW YORK 10924      NEW WINDSOR, NEW YORK 12553
(845)-294-3991              (845)-561-0550
Counsel for Plaintiffs      Counsel for Defendant

Dated: December 21, 2015

So Ordered
_____
U.S.D.J.

December 22, 2015